# 2523CR005958 Commonwealth vs. Cook, Lamar D

- Case Type:
- Criminal
- Case Status:
- Closed
- File Date
- 10/28/2025
- DCM Track:
-
- Initiating Action:
- COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b)
- Status Date:
- 10/29/2025
- Case Judge:
-
- Next Event:
-

All Information | Party | Charge | Event | Docket | Disposition

## Party Information

**Cook, Lamar D**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Ismail, Esq., Kedar K
- Bar Code
- 703521
- Address
- The Law Office of Kedar K. Ismail
20 Maple St
2nd Floor Suite 201
Springfield, MA 01103
- Phone Number
- (732)309-8415

More Party Information

## Party Charge Information

- **Cook, Lamar D**
- - Defendant

Charge # 1:
**94C/32E/D-3 - Felony** COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b)

- Original Charge
  - 94C/32E/D-3 COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b) (Felony)
- Amended Charge
  -

**Charge Disposition**
Disposition Date
Disposition
03/06/2026
Dismissed - Defendant Indicted

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 10/29/2025 09:00 AM | Courtroom 1 | | Arraignment | Held-Arraignment/58A Danger Request |
| 10/31/2025 09:00 AM | Courtroom 2 | | Detention Hearing (276 s58A) | Held - 58A-Dang Hring held |
| 12/01/2025 09:00 AM | Courtroom 3 | | Pretrial Hearing | Held-PT |

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 01/05/2026 09:00 AM | Courtroom 3 | | Motion Hearing (CR) | Reschedule of Hearing |
| 02/04/2026 09:00 AM | Courtroom 3 | | Pretrial Hearing | Held-PT |
| 02/25/2026 09:00 AM | Courtroom 2 | | Judge Hearing (CR) | Event Cancelled |
| 03/06/2026 09:00 AM | Courtroom 3 | | Pretrial Hearing | Not Held - Indicted |

## Docket Information

| Docket Date | *Docket Text* | *Image Avail.* |
|---|---|---|
| 10/28/2025 | Criminal complaint issued.<br>Originating Court: Springfield District Court<br>Case Number: 2523AC004215-<br>Receiving Court: Springfield District Court<br>; | |
| 10/28/2025 | Complaint issued with arrest warrant. | |
| 10/28/2025 | Statement of facts filed. | |
| 10/28/2025 | Warrant Issued:<br>Straight Warrant issued on 10/28/2025 for Cook, Lamar | |
| 10/29/2025 | Warrant recalled:<br>Straight Warrant cancelled on 10/29/2025 for Cook, Lamar | |
| 10/29/2025 | Event Resulted: Arraignment scheduled on:<br>10/29/2025 09:00 AM<br>Has been: Held-Arraignment/58A Danger Request<br>Hon. William A Rota, Presiding | |
| 10/29/2025 | Defendant arraigned before Court, advised of right to counsel.<br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Defendant before Court on Warrant, Warrant recalled as served.<br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Commonwealth files written motion based on dangerousness for order of pre-trial detention or release with conditions under C276§58A.<br>Judge: Rota, Hon. William A | Image |
| 10/29/2025 | Defendant ordered detained pending completion of dangerous hearing<br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Plea of Not Guilty entered on all charges.<br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Bail revocation warning (276/58) given to the defendant<br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Defendant is ordered committed without bail because FINAL HEARING ON DANGEROUSNESS PENDING (278 S.58) to Hampden County House of Correction returnable for 10/31/2025 09:00 AM Detention Hearing (276 s58A); mittimus issued.<br><br>Court location of next event (if not this court): Springfield District Court<br>Further Orders:<br>PLEASE TRANSPORT TO COURT<br><br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Appearance filed<br>On this date Kedar K Ismail, Esq. added as Private Counsel for Defendant Lamar Cook | |
| 10/31/2025 | Event Resulted: Detention Hearing (276 s58A) scheduled on:<br>10/31/2025 09:00 AM<br>Has been: Held - 58A-Dang Hring held<br>Hon. Kevin Maltby, Presiding | |
| 10/31/2025 | Defendant arraigned before Court, advised of right to counsel.<br>Judge: Maltby, Hon. Kevin | |
| 10/31/2025 | Defendant ordered detained prior to trial for a period not to exceed 120 days pursuant to G.L. C.276 §58A.<br>Judge: Maltby, Hon. Kevin | |
| 10/31/2025 | Plea of Not Guilty entered on all charges.<br>Judge: Maltby, Hon. Kevin | |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 10/31/2025 | Bail revocation warning (276/58) given to the defendant<br>Judge: Maltby, Hon. Kevin | |
| 10/31/2025 | Defendant notified of right to a bail review before the Superior Court (C276 §58).<br>Judge: Maltby, Hon. Kevin | |
| 10/31/2025 | Defendant is ordered committed without bail because DEFENDANT HELD ON DANGEROUSNESS (276 s. 58A) to Hampden County House of Correction returnable for 02/25/2026 09:00 AM Judge Hearing (CR); mittimus issued.<br><br>Court location of next event (if not this court):<br>Further Orders:<br>TRANSPORT | |
| 10/31/2025 | Order and reasons for pretrial detention on finding of dangerousness (C276/58A)<br>Judge: Maltby, Hon. Kevin | Image |
| 10/31/2025 | Habeas Corpus for prosecution issued to Hampden County House of Correction returnable for 12/01/2025 09:00 AM Pretrial Hearing:<br>Further Orders:<br>TRANSPORT<br><br>Judge: Maltby, Hon. Kevin | |
| 11/04/2025 | Petition for review of bail filed<br>Originating Court: Springfield District Court<br>Receiving Court: Hampden County<br>Case Number: 2579BP00256<br>; | |
| 11/10/2025 | Finding of the Superior Court on Bail Review Petition under G.L. c.276, §58.<br>ALLOWED, CASH BAIL SET IN THE AMOUNT OF $75,000<br><br>Judge: Ritter, Hon. William J | Image |
| 11/10/2025 | Bail ordered: $ $750,000.00 surety bond or $ $75,000.00 cash.<br><br>Judge: Ritter, Hon. William J | |
| 11/10/2025 | Order of pretrial conditions of release under G.L. c.276 § 87 filed. | Image |
| 11/14/2025 | Event Resulted: Judge Hearing (CR) scheduled on:<br>02/25/2026 09:00 AM<br>Has been: Event Cancelled For the following reason: Brought forward<br>Hon. William J Ritter, Presiding | |
| 11/14/2025 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($750,000.00 Bond; $75,000.00 Cash), returnable for 12/01/2025 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders:<br>TRANSPORT<br>NO LONGER HELD W/O THE RIGHT TO BAIL, BAIL SET IN SUM OF $75,000<br><br>Judge: Ritter, Hon. William J | |
| 12/01/2025 | Event Resulted: Pretrial Hearing scheduled on:<br>12/01/2025 09:00 AM<br>Has been: Held-PT<br>Hon. Robert T Santaniello, Presiding | |
| 12/01/2025 | Pretrial conference report filed.<br>Judge: Santaniello, Hon. Robert T | Image |
| 12/01/2025 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($750,000.00 Bond; $75,000.00 Cash), returnable for 01/05/2026 09:00 AM Motion Hearing (CR); mittimus issued.<br><br>Court location of next event (if not your court): Springfield District Court<br>Further Orders:<br>PLEASE TRANSPORT<br><br>Judge: Santaniello, Hon. Robert T | |
| 01/05/2026 | Event Resulted: Motion Hearing (CR) scheduled on:<br>01/05/2026 09:00 AM<br>Has been: Reschedule of Hearing For the following reason: Both Parties Request<br>Bethzaida Sanabria-Vega, Presiding | |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 01/05/2026 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($0.00 Bond; $75,000.00 Cash), returnable for 02/04/2026 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders:<br>TRANSPORT<br><br>Judge: Sanabria-Vega, Bethzaida | |
| 01/05/2026 | Pretrial conference report filed.<br><br>Judge: Sanabria-Vega, Bethzaida | Image |
| 01/08/2026 | Finding of the Superior Court on Bail Review Petition under G.L. c.276, §58.<br>*No hearing held - Defendant remains held on $75,000.00*<br><br>Judge: Ritter, Hon. William J | Image |
| 02/04/2026 | Event Resulted: Pretrial Hearing scheduled on:<br>02/04/2026 09:00 AM<br>Has been: Held-PT<br>Hon. Kevin Maltby, Presiding | |
| 02/04/2026 | Pretrial conference report filed.<br>Judge: Maltby, Hon. Kevin | Image |
| 02/04/2026 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($750,000.00 Bond; $75,000.00 Cash), returnable for 03/06/2026 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court): Springfield District Court<br>Further Orders:<br>TRANSPORT<br><br>Judge: Maltby, Hon. Kevin | |
| 03/06/2026 | Event Resulted: Pretrial Hearing scheduled on:<br>03/06/2026 09:00 AM<br>Has been: Not Held - Indicted<br>Hon. Nicola E Gioscia, Presiding | |
| 03/06/2026 | Charges Disposed::<br>Charge # 1 COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b)<br>On: 03/06/2026 Judge: Hon. Nicola E Gioscia<br>Dismissed - Defendant Indicted | |
| 03/06/2026 | Docket report of court proceedings to date | Image |

## Case Disposition

| Disposition | Date |
|---|---|
| INDICTED | 03/06/2026 |