# 2523CR005970 Commonwealth vs. Cook, Lamar D

- Case Type:
- Criminal
- Case Status:
- Closed
- File Date
- 10/29/2025
- DCM Track:
-
- Initiating Action:
- FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h)
- Status Date:
- 10/29/2025
- Case Judge:
-
- Next Event:
-

All Information | Party | Charge | Event | Docket | Disposition

## Party Information

**Cook, Lamar D**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Ismail, Esq., Kedar K
- Bar Code
- 703521
- Address
- The Law Office of Kedar K. Ismail
20 Maple St
2nd Floor Suite 201
Springfield, MA 01103
- Phone Number
- (732)309-8415

More Party Information

## Party Charge Information

- **Cook, Lamar D**
- - Defendant
Charge # 1:
**269/10/G-2 - Misdemeanor - more than 100 days incarceration** FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h)

- Original Charge
  - 269/10/G-2 FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h) (Misdemeanor - more than 100 days incarceration)
  - Amended Charge
  -

**Charge Disposition**
Disposition Date
Disposition
03/06/2026
Dismissed - Defendant Indicted

- **Cook, Lamar D**
- - Defendant
Charge # 2:
**269/10/TT - Misdemeanor - more than 100 days incarceration** AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1)

- Original Charge
  - 269/10/TT AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1) (Misdemeanor - more than 100 days incarceration)
  - Amended Charge
  -

**Charge Disposition**
Disposition Date

Disposition
03/06/2026
Dismissed - Defendant Indicted

- **Cook, Lamar D**
- - Defendant

Charge # 3:
**90/10/A-2 - Misdemeanor - 100 days or less incarceration** UNLICENSED OPERATION OF MV c90 §10

- Original Charge
  - 90/10/A-2 UNLICENSED OPERATION OF MV c90 §10 (Misdemeanor - 100 days or less incarceration)
  - Amended Charge

**Charge Disposition**
Disposition Date
Disposition
03/06/2026
Dismissed - Defendant Indicted

## Events

| Date | Session | Location | Type | Result |
|---|---|---|---|---|
| 10/29/2025 09:00 AM | Courtroom 1 | | Arraignment | Held - Bail or Conditions of Release ordered |
| 10/31/2025 09:00 AM | Courtroom 2 | | Pretrial Hearing | Held |
| 12/01/2025 09:00 AM | Courtroom 3 | | Pretrial Hearing | Held-PT |
| 01/05/2026 09:00 AM | Courtroom 3 | | Motion Hearing (CR) | Reschedule of Hearing |
| 02/04/2026 09:00 AM | Courtroom 3 | | Pretrial Hearing | Held-PT |
| 03/06/2026 09:00 AM | Courtroom 3 | | Pretrial Hearing | Not Held - Indicted |

## Docket Information

| Docket Date | *Docket Text* | *Image Avail.* |
|---|---|---|
| 10/29/2025 | Criminal complaint issued.<br>Originating Court: Springfield District Court<br>Case Number: 2523AC004228-<br>Receiving Court: Springfield District Court<br>; | |
| 10/29/2025 | Complaint issued upon new arrest. | |
| 10/29/2025 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($250,000.00 Bond; $25,000.00 Cash), returnable for 10/31/2025 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court): Springfield District Court<br>Further Orders:<br>PLEASE TRANSPORT TO COURT<br><br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Appearance filed<br>On this date Kedar K Ismail, Esq. added as Private Counsel for Defendant Lamar D Cook | |
| 10/29/2025 | Event Resulted: Arraignment scheduled on:<br>10/29/2025 09:00 AM<br>Has been: Held - Bail or Conditions of Release ordered<br>Hon. William A Rota, Presiding | |
| 10/29/2025 | Defendant arraigned before Court, advised of right to counsel.<br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Defendant waives reading of charges.<br>Judge: Rota, Hon. William A | |
| 10/29/2025 | Reasons for ordering bail.<br>Judge: Rota, Hon. William A | Image |
| 10/29/2025 | Bail ordered: $ $250,000.00 surety bond or $ $25,000.00 cash. | |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 10/29/2025 | Bail revocation warning (276/58) given to the defendant<br>Judge: Rota, Hon. William A | |
| 10/31/2025 | Event Resulted: Pretrial Hearing scheduled on:<br>10/31/2025 09:00 AM<br>Has been: Held<br>Hon. Kevin Maltby, Presiding | |
| 10/31/2025 | Reasons for ordering bail.<br><br>Judge: Maltby, Hon. Kevin | Image |
| 10/31/2025 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($250,000.00 Bond; $25,000.00 Cash), returnable for 12/01/2025 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders:<br>TRANSPORT<br><br>Judge: Maltby, Hon. Kevin | |
| 11/04/2025 | Petition for review of bail filed<br>Originating Court: Springfield District Court<br>Receiving Court: Hampden County<br>Case Number: 2579BP00255<br>; | |
| 11/10/2025 | Finding of the Superior Court on Bail Review Petition under G.L. c.276, §58.<br>BAIL PETITION ALLOWED, BAIL SET AT $10,000 W/ CONDITION TO SURRENDER PASSPORT<br><br>Judge: Ritter, Hon. William J | Image |
| 11/10/2025 | Order of pretrial conditions of release under G.L. c.276 § 87 filed. | Image |
| 11/14/2025 | Bail ordered: $ $100,000.00 surety bond or $ $10,000.00 cash.<br><br>Judge: Ritter, Hon. William J | |
| 11/14/2025 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($100,000.00 Bond; $10,000.00 Cash), returnable for 12/01/2025 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders:<br>TRANSPORT- BAIL WAS REDCUED FROM $25,000 TO $10,000<br><br>Judge: Ritter, Hon. William J | |
| 12/01/2025 | Event Resulted: Pretrial Hearing scheduled on:<br>12/01/2025 09:00 AM<br>Has been: Held-PT<br>Hon. Robert T Santaniello, Presiding | |
| 12/01/2025 | Pretrial conference report filed.<br>Judge: Santaniello, Hon. Robert T | Image |
| 12/01/2025 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($100,000.00 Bond; $10,000.00 Cash), returnable for 01/05/2026 09:00 AM Motion Hearing (CR); mittimus issued.<br><br>Court location of next event (if not your court): Springfield District Court<br>Further Orders:<br>PLEASE TRANSPORT<br><br>Judge: Santaniello, Hon. Robert T | |
| 01/05/2026 | Event Resulted: Motion Hearing (CR) scheduled on:<br>01/05/2026 09:00 AM<br>Has been: Reschedule of Hearing For the following reason: Both Parties Request<br>Bethzaida Sanabria-Vega, Presiding | |

| Docket Date | Docket Text | Image Avail. |
|---|---|---|
| 01/05/2026 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($0.00 Bond; $10,000.00 Cash), returnable for 02/04/2026 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court):<br>Further Orders:<br>TRANSPORT<br><br>Judge: Sanabria-Vega, Bethzaida | |
| 01/05/2026 | Pretrial conference report filed.<br><br>Judge: Sanabria-Vega, Bethzaida | Image |
| 02/04/2026 | Event Resulted: Pretrial Hearing scheduled on:<br>02/04/2026 09:00 AM<br>Has been: Held-PT<br>Hon. Kevin Maltby, Presiding | |
| 02/04/2026 | Defendant is ordered committed to Hampden County House of Correction in lieu of having posted bail in the amount ordered: ($100,000.00 Bond; $10,000.00 Cash), returnable for 03/06/2026 09:00 AM Pretrial Hearing; mittimus issued.<br><br>Court location of next event (if not your court): Springfield District Court<br>Further Orders:<br>TRANSPORT<br><br>Judge: Maltby, Hon. Kevin | |
| 03/06/2026 | Event Resulted: Pretrial Hearing scheduled on:<br>03/06/2026 09:00 AM<br>Has been: Not Held - Indicted<br>Hon. Nicola E Gioscia, Presiding | |
| 03/06/2026 | Charges Disposed::<br>Charge # 1 FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h)<br>On: 03/06/2026 Judge: Hon. Nicola E Gioscia<br>Dismissed - Defendant Indicted<br><br>Charge # 2 AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1)<br>On: 03/06/2026 Judge: Hon. Nicola E Gioscia<br>Dismissed - Defendant Indicted<br><br>Charge # 3 UNLICENSED OPERATION OF MV c90 §10<br>On: 03/06/2026 Judge: Hon. Nicola E Gioscia<br>Dismissed - Defendant Indicted | |
| 03/06/2026 | Docket report of court proceedings to date | Image |

## Case Disposition

| Disposition | Date |
|---|---|
| INDICTED | 03/06/2026 |