# 2679CR00064 Commonwealth vs. Cook, Lamar D

- Case Type:
- Indictment
- Case Status:
- Open
- File Date
- 02/12/2026
- DCM Track:
- B - Complex
- Initiating Action:
- COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b)
- Status Date:
- 03/06/2026
- Case Judge:
-
- Next Event:
- 11/12/2026

All Information | Party | Charge | Event | Tickler | Docket | Disposition

## Party Information

**Hampden County District Attorney**
- Prosecutor

**Alias**

**Party Attorney**
- Attorney
- Beattie, Esq., Kerry A
- Bar Code
- 672476
- Address
- Hampden County District Attorney
1500 Main St PO Box 15327
28th Floor
Springfield, MA 01115
- Phone Number
- (413)747-1000

**More Party Information**

**Cook, Lamar D**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Ismail, Esq., Kedar K
- Bar Code
- 703521
- Address
- The Law Office of Kedar K. Ismail
20 Maple St
2nd Floor Suite 201
Springfield, MA 01103
- Phone Number
- (732)309-8415

**More Party Information**

**DCAMM**
- Keeper of Record

**Alias**

**Party Attorney**

**More Party Information**

**UPS**
- Keeper of Record

**Alias**

**Party Attorney**

**More Party Information**

**Umass Hotel**
- Keeper of Record

Alias | Party Attorney

More Party Information

**Flock Safety**
- Keeper of Record

Alias | Party Attorney

More Party Information

## Party Charge Information

- **Cook, Lamar D**
- - Defendant

Charge # 1:
**94C/32E/D-3 - Felony** COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b)

- Original Charge
  - 94C/32E/D-3 COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b) (Felony)
  - Indicted Charge
  -
  - Amended Charge
  -

- **Cook, Lamar D**
- - Defendant

Charge # 2:
**94C/40/B-0 - Felony** CONSPIRACY TO VIOLATE DRUG LAW FELONY c94C §40

- Original Charge
  - 94C/40/B-0 CONSPIRACY TO VIOLATE DRUG LAW FELONY c94C §40 (Felony)
  - Indicted Charge
  -
  - Amended Charge
  -

- **Cook, Lamar D**
- - Defendant

Charge # 3:
**269/10/G-2 - Misdemeanor - more than 100 days incarceration** FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h)

- Original Charge
  - 269/10/G-2 FIREARM WITHOUT FID CARD, POSSESS c269 s.10(h) (Misdemeanor - more than 100 days incarceration)
  - Indicted Charge
  -
  - Amended Charge
  -

- **Cook, Lamar D**
- - Defendant

Charge # 4:
**269/10/TT - Misdemeanor - more than 100 days incarceration** AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1)

- Original Charge
  - 269/10/TT AMMUNITION WITHOUT FID CARD, POSSESS c269 §10(h)(1) (Misdemeanor - more than 100 days incarceration)
  - Indicted Charge
  -
  - Amended Charge
  -

- **Cook, Lamar D**
- - Defendant

Charge # 5:
**90/10/A-1 - Misdemeanor - 100 days or less incarceration** UNLICENSED OPERATION OF MV c90 §10

- Original Charge
  - 90/10/A-1 UNLICENSED OPERATION OF MV c90 §10 (Misdemeanor - 100 days or less incarceration)
  - Indicted Charge
  -
  - Amended Charge
  -

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 03/06/2026 09:01 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Arraignment | Groce, III, Hon. Charles W. | Not Held |
| 03/06/2026 09:30 AM | CR Session 6 - Ct. Rm 2 | SPRF-2nd FL, CR 8 (SC) | Arraignment | Hamilton, Hon. Sarah | Held as Scheduled |
| 03/06/2026 09:45 AM | CR Session 6 - Ct. Rm 2 | SPRF-2nd FL, CR 8 (SC) | 58A Dangerousness Hearing | Hamilton, Hon. Sarah | Held - Under advisement |
| 04/03/2026 09:37 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Hearing on Compliance | Groce, III, Hon. Charles W. | Held as Scheduled |
| 06/17/2026 09:19 AM | Criminal 1 - Ct. Rm. 1 | | Pre-Trial Hearing | | Not Held |
| 07/22/2026 09:19 AM | Criminal 1 - Ct. Rm. 1 | | Pre-Trial Hearing | Hamilton, Hon. Sarah | Rescheduled |
| 09/23/2026 09:19 AM | Criminal 1 - Ct. Rm. 1 | | Pre-Trial Hearing | | Held as Scheduled |
| 10/02/2026 09:23 AM | Criminal 1 - Ct. Rm. 1 | SPRF-3rd FL, CR 1 (SC) | Motion Hearing | Hamilton, Hon. Sarah | Held as Scheduled |
| 11/12/2026 09:36 AM | Criminal 1 - Ct. Rm. 1 | | Scheduling Conference | | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Under Advisement | 03/06/2026 | 04/05/2026 | 30 | 03/06/2026 |
| Pre-Trial Hearing | 03/09/2026 | 07/22/2026 | 135 | 09/23/2026 |
| Final Pre-Trial Conference | 03/09/2026 | 11/20/2026 | 256 | |
| Case Disposition | 03/09/2026 | 12/04/2026 | 270 | |

## Docket Information

| Docket Date | *Docket Text* | File Ref Nbr. | *Image Avail.* |
|---|---|---|---|
| 02/12/2026 | Indictment(s) returned | 1 | Image |
| 02/13/2026 | Attorney appearance<br>On this date Kerry A Beattie, Esq. added as Attorney for the Commonwealth for Prosecutor Hampden County District Attorney | | |
| 03/06/2026 | Event Result:: Arraignment scheduled on:<br>03/06/2026 09:01 AM<br>Has been: Not Held For the following reason: Transferred to another session<br>Hon. Charles W. Groce, III, Presiding<br>Staff:<br>Danielle Cruz, Assistant Clerk Magistrate<br>Nancy Ramos, Assistant Clerk Magistrate<br>Michael T Sarnacki, Esq., Assistant Clerk Magistrate | | |
| 03/06/2026 | Event Result:: Arraignment scheduled on:<br>03/06/2026 09:30 AM<br>Has been: Held as Scheduled<br>Comments: Held in CR 8<br>FTR 8 Marzano<br>Hon. Sarah Hamilton, Presiding<br>Staff:<br>William T Walsh, Jr., Assistant Clerk Magistrate | | |
| 03/06/2026 | Matter taken under advisement: 58A Dangerousness Hearing scheduled on:<br>03/06/2026 09:45 AM<br>Has been: Held - Under advisement<br>Comments: Held in CR 8<br>FTR 8 Marzano | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Hon. Sarah Hamilton, Presiding<br>Staff:<br>William T Walsh, Jr., Assistant Clerk Magistrate | | |
| 03/06/2026 | Case assigned to:<br>DCM Track B - Complex was added on 03/09/2026 | | |
| 03/06/2026 | Attorney appearance<br>On this date Kedar K Ismail, Esq. added as Private Counsel for Defendant Lamar D Cook | | Image |
| 03/06/2026 | Event Result:: Pre-Trial Hearing scheduled on:<br>06/17/2026 09:19 AM<br>Has been: Not Held For the following reason: By Court prior to date<br>Hon. Sarah Hamilton, Presiding | | |
| 03/06/2026 | Defendant arraigned before Court. | | |
| 03/06/2026 | Defendant waives reading of indictment | | |
| 03/06/2026 | Plea of not guilty entered on all charges. | | |
| 03/06/2026 | Bail warnings read | | |
| 03/06/2026 | Commonwealth 's Motion for Pretrial Detention | 2 | Image |
| 03/06/2026 | Affidavit of Assistant District Attorney | 2.1 | Image |
| 03/06/2026 | Endorsement on Motion for Pretrial Detention, (#2.0): Other action taken<br>Hearing held, U/A Bail remains held without right to bail | | Image |
| 03/06/2026 | The defendant\petitioner is committed without bail for the following reason: Pending dangerousness hearing. No next date at this time; case under advisement | 3 | |
| 03/06/2026 | Bail set at $0.00 Surety, $25,000.00 Cash. Must surrender passport and obey all laws. See order, Next date 4/3/26 | 4 | |
| 03/06/2026 | Endorsement on Motion for Pretrial Detention, (#2.0): DENIED<br>Filed today, bail set at $25,000.00. Must surrender passport and obey all laws, restraining orders, and support orders. | | Image |
| 03/09/2026 | ORDER: Pretrial Conditions of Release | 8 | Image |
| 03/09/2026 | Finding and Order on Bail:<br><br>Judge: Hamilton, Hon. Sarah | 5 | Image |
| 03/09/2026 | 's Defendants Receipt of Passport | 6 | Image |
| 04/03/2026 | Event Result:: Hearing on Compliance scheduled on:<br>04/03/2026 09:37 AM<br>Has been: Held as Scheduled<br>Comments: FTR 1<br>Hon. Charles W. Groce, III, Presiding<br>Staff:<br>Danielle Cruz, Assistant Clerk Magistrate<br>Nancy Ramos, Assistant Clerk Magistrate<br>Michael T Sarnacki, Esq., Assistant Clerk Magistrate | | |
| 07/22/2026 | Event Result:: Pre-Trial Hearing scheduled on:<br>07/22/2026 09:19 AM<br>Has been: Rescheduled For the following reason: Joint request of parties<br>Comments: FTR 1<br>Hon. Sarah Hamilton, Presiding<br>Staff:<br>Danielle Cruz, Assistant Clerk Magistrate<br>Edward Partyka, Assistant Clerk Magistrate<br>Alyson Yorlano, Assistant Clerk Magistrate | | |
| 09/22/2026 | Commonwealth 's Motion for Non-Privileged Third Party Records Under Rule 17 (a)(2) - All Shipping and Mailing Records | 9 | Image |
| 09/22/2026 | Affidavit of Counsel in Support of motion for third part records - shipping and mailing Info | 9.1 | Image |
| 09/22/2026 | Commonwealth 's Motion for Non-Privileged Third Party Records Under Rule 17 (a)(2) - card Swipe Activity | 10 | Image |
| 09/22/2026 | Affidavit of Counsel in support of Motion for Non-Privileged Third Party Records Under Rule 17 (a)(2) - Swipe Activity | 10.1 | Image |

Case Details - Massachusetts Trial Court N6

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 09/22/2026 | Commonwealth 's Motion for Non-Privileged Third Party Records Under Rule 17 (a)(2) - Flock Safety records | 11 | Image |
| 09/22/2026 | Affidavit of Counsel in support of Motion for Non-Privileged Third Party Records Under Rule 17 (a)(2) - Flock Safety | 11.1 | Image |
| 09/22/2026 | Commonwealth 's Motion for Non-Privileged Third Party Records Under Rule 17 (a)(2) - UMass Hotel Guest List Registration | 12 | Image |
| 09/22/2026 | Affidavit of Counsel in support of Motion for Non-Privileged Third Party Records Under Rule 17 (a)(2) | 12.1 | Image |
| 09/23/2026 | Event Result:: Pre-Trial Hearing scheduled on:<br>09/23/2026 09:19 AM<br>Has been: Held as Scheduled<br>Comments: FTR 1 adams<br>Hon. Sarah Hamilton, Presiding<br>Staff:<br>Danielle Cruz, Assistant Clerk Magistrate<br>Susan Joaquin, Assistant Clerk Magistrate<br>Shana Wilson, Assistant Clerk Magistrate | | |
| 09/23/2026 | 's Request to record proceedings | 13 | Image |
| 09/23/2026 | Endorsement on Request to record proceedings, (#13.0): ALLOWED | | Image |
| 09/23/2026 | Docket Note: Western Mass News request | | |
| 09/23/2026 | Defendant 's Motion to suppress evidence recovered from 110 Lamont St., Spfld., MA | 14 | Image |
| 09/23/2026 | Lamar D Cook's Memorandum<br>Memorandum of law n support of defendant's motion to suppress evidence recovered from 110 Lamont St., Springfield, Massachusetts | 15 | Image |
| 09/23/2026 | Defendant 's Motion to suppress evidence recovered from search and seizure of two cellphone | 16 | Image |
| 09/23/2026 | Lamar D Cook's Memorandum<br>Memorandum of law in support of defendant's motion to suppress evidence recovered pursuant to the search and seizure of the defendant's two cellular phone<br><br>Judge: Hamilton, Hon. Sarah | 17 | Image |
| 10/02/2026 | Event Result:: Motion Hearing scheduled on:<br>10/02/2026 09:23 AM<br>Has been: Held as Scheduled<br>Comments: FTR1 Foulks<br>Wilson<br>Hon. Sarah Hamilton, Presiding<br>Staff:<br>Danielle Cruz, Assistant Clerk Magistrate<br>Susan Joaquin, Assistant Clerk Magistrate<br>Shana Wilson, Assistant Clerk Magistrate | | |
| 10/02/2026 | ORDER: Flock Safety Records | 18 | Image |
| 10/02/2026 | ORDER: UMass Hotel | 19 | Image |
| 10/02/2026 | ORDER: UPS - SOP - UPS Records | 20 | Image |
| 10/02/2026 | ORDER: Office of Security and Emergency Preparedness for Capital Asset Management and Maintenance | 21 | Image |
| 10/02/2026 | Endorsement on Motion for Non-Privileged Third Party Records Under Rule 17(a)(2), (#9.0): ALLOWED<br>over objection | | Image |
| 10/02/2026 | Endorsement on Motion for Non-Privileged Third Party Records Under Rule 17(a)(2), (#10.0): ALLOWED<br>over objection | | Image |
| 10/02/2026 | Endorsement on Motion for Non Privileged Third Party Records Under Rule 17(a)(2), (#11.0): ALLOWED<br>over objection | | Image |
| 10/02/2026 | Endorsement on Motion for Non Privileged Third Party Records Under Rule 17(a)(2), (#12.0): ALLOWED<br>over objection | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/02/2026 | Notice and Summons (Dwyer) issued to Keeper of Records Office of Security & Emergency Preparedness of Division of Capital Asset Management (DCAMM) of to produce records by 10/23/2026 to the Clerk of the Superior Court. | 22 | Image |
| 10/02/2026 | Notice and Summons (Dwyer) issued to Keeper of Records UPS of to produce records by 10/23/2026 to the Clerk of the Superior Court. | 23 | Image |
| 10/02/2026 | Notice and Summons (Dwyer) issued to Keeper of Records Umass Hotel of to produce records by 10/23/2026 to the Clerk of the Superior Court.<br><br>Judge: Hamilton, Hon. Sarah | 24 | Image |
| 10/05/2026 | Notice and Summons (Dwyer) issued to Keeper of Records Flock Safety of to produce records by 10/23/2026 to the Clerk of the Superior Court.<br><br>Judge: Hamilton, Hon. Sarah | 25 | Image |
| 10/08/2026 | Other Records received from UPS re: update on records...records NOT received today, but they sent a letter stating that it is being worked on and will be generated within 30 days (or sooner) | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Active | 03/06/2026 | |