128647 A4-54

| **ORDER OF PRETRIAL CONDITIONS OF RELEASE** | **DOCKET No(s)** 2679CR00064 | **MASSACHUSETTS TRIAL COURT** |
|---|---|---|
| **DEFENDANT'S NAME & ADDRESS** Lamar Cook | **PCF No.** 2685169 | **Court Department:** Superior Court **Court:** Hampden Superior Court |

**FAILURE TO OBEY THIS ORDER MAY RESULT IN YOUR ARREST AND INCARCERATION**

**TO THE DEFENDANT:** It is hereby **ORDERED** that you must comply with all **PRETRIAL CONDITIONS OF RELEASE** that are checked or filled in below pursuant to:

- ☐ **G.L. c. 276, § 57, ¶ 2** (Superior Court pretrial conditions of release in cases alleging domestic violence)
- ☐ **G.L. c. 276, § 58** (specified restrictions on personal association or conduct, or in cases alleging domestic violence, to ensure the safety of the alleged victim, any other individual or the community)
- ☐ **G.L. c. 276, § 42A** (in cases alleging domestic violence, reasonable restrictions on the travel, association, or place of abode of the defendant, as will prevent contact with the person allegedly abused)
- ☑ **G.L. c. 276, § 87** (pretrial conditions of release with the defendant's consent; distinguished from pretrial probation as a conditional disposition)
- ☐ **G.L. c. 276, § 87** (conditions of release with the defendant's consent as a conditional disposition) **End Date:** ________

**THE FOLLOWING CONDITIONS ARE ORDERED:**

- ☑ OBEY all local, state, and federal laws and court orders, including abuse and harassment prevention orders and support orders.
- ☐ NOTIFY the probation department immediately if you change your residence, mailing address, or contact information.
- ☐ MAKE NO FALSE STATEMENTS to any officer of the court.
- ☐ DO NOT LEAVE MASSACHUSETTS unless you get the express permission of the court and sign a waiver of rendition.
- ☑ SURRENDER ALL PASSPORTS AND PASSPORT ID CARDS to the court prior to release and do not seek a replacement.
- ☐ REFRAIN FROM POSSESSION of any firearms, rifles, shotguns, destructive devices, or dangerous weapons.
- ☐ REFRAIN FROM ABUSE and/or HARASSMENT of: ________
- ☐ HAVE NO CONTACT, direct or indirect, with: ________
- ☐ STAY (distance): ________ AWAY FROM: ________
- ☐ STAY AWAY FROM (address): ________
- ☐ RESIDE ☐ in/at: ________ ☐ with: ________
- ☐ TAKE MEDICATION as prescribed by licensed medical provider.
- ☐ DO NOT OPERATE a motor vehicle ☐ SURRENDER your driver's license to the court by ________ and do not seek a replacement.
- ☐ REFRAIN FROM ☐ ILLEGAL DRUGS ☐ RECREATIONAL MARIJUANA ☐ ALCOHOL

- ☐ SUBMIT TO RANDOM TESTING or ☐ TESTING ____ times per ________
- ☐ SIGN RELEASES to verify your compliance with terms of this order and provide verification as directed by probation.
- ☐ REPORT TO THE PROBATION DEPARTMENT as directed by probation and/or as ordered below: ☐ by phone ☐ in person ____ times per week
- ☐ ATTEND and verify to your probation officer ____ meetings per week of ☐ Recovery/AA/NA ☐ ________
- ☐ COOPERATE in a ☐ Mental Health ☐ Substance Use Disorder evaluation and any recommended treatment
- ☐ Comply with REMOTE ALCOHOL BREATH TESTING.
- ☐ Comply with ELECTRONIC MONITORING ☐ EXCLUSION ZONE(S): ________
- ☐ HOME CONFINEMENT ☐ CURFEW: ________ ☐ OTHER: ________
- ☐ PARTICIPATE in: ________ program and verify completion to probation by (date) ________
- ☐ PARTICIPATE in ☐ Pretrial Services (§§ 57, 58, 58A only) or ☐ Treatment (with def. consent) ____ at CCC
- ☐ OTHER CONDITIONS: ________

HAMPDEN COUNTY SHERIFF'S DEPARTMENT 2026 MAR 9 A 8:50

HAMPDEN COUNTY SUPERIOR COURT
FILED
MAR 09 2026
[signature]
CLERK OF COURTS

| **DEFENDANT ACKNOWLEDGEMENT OF ORDER** | **INTERPRETER'S SIGNATURE, if any** |
|---|---|
| SIGNATURE OF DEFENDANT: I have read and understood these conditions. (If applicable: I consent to programming at Community Corrections and to conditions imposed under *G.L. c. 276, § 87*.) I understand if I violate any condition, it may result in my arrest and incarceration, and the revocation of my release. X [signature] DATE: 3/9/26 | I have translated the terms of this Order, and the acknowledgement set forth to the left, to the defendant prior to his/her signature. X ________ DATE: ________ |
| **(ASSOCIATE) PROBATION OFFICER'S SIGNATURE AS WITNESS** | **JUDGE'S SIGNATURE** |
| X [signature: Alyssa Findley] DATE: 3/9/26 | X [signature] DATE: 3/6/26 |



8