**COMMONWEALTH OF MASSACHUSETTS**

**HAMPDEN, ss.** **SUPERIOR COURT DEPARTMENT**
**HAMPDEN DIVISION**

**IN THE MATTER OF THE APPLICATION FOR A WARRANT AUTHORIZING A SEARCH OF [redacted] LAMONT STREET, SPRINGFIELD, MASSACHUSETTS, PURSUANT TO M.G.L. C. 276 §1-7.**

**AFFIDAVIT OF TROOPER JOSHUA E. KOPESKI**

1. I, Trooper Joshua Kopeski, being duly sworn, depose and state that the following is true to the best of my knowledge and belief:

## I. BRIEF SUMMARY OF INVESTIGATION

2. This Investigation is being conducted by the Western Division of the Massachusetts State Police Commonwealth Interstate Narcotics Reduction Enforcement Team (hereinafter "CINRET West"), Homeland Security Investigations (HSI-Springfield) with the assistance of Hampden County State Police Detective Unit and Hampshire/Franklin County State Police Detective Unit. CINRET West is a task force comprised of municipal, county, state and federal law enforcement investigators who are supervised by the Massachusetts State Police Division of Homeland Security and Preparedness. The mission of the CINRET (West) is to investigate drug trafficking organizations (hereinafter "DTOs"), specifically those involved in the trafficking of cocaine, heroin/fentanyl and other opioid-based drugs into or within our Commonwealth. The lead investigator of this investigation is Massachusetts State Police Trooper Joshua Kopeski.

3. Investigators utilized investigative techniques including information provided by Homeland Security Investigations (hereinafter HSI) regarding suspicious parcels, physical surveillance, interviews, surveillance footage, electronic surveillance, the execution of search warrants on two separate dates by HSI Louisville for the **SUBJECT PARCELS** which resulted in the seizure of 13,330 grams of suspected cocaine on October 8, 2025 as well as a seizure of approximately 7,800 grams of suspected cocaine on October 24, 2025, along with my training and experience as well as the other investigators involved with this investigation.[1] Based upon evidence obtained from these investigative sources and techniques, I submit that probable cause exists to believe the following:

a) The primary suspect of this investigation is Lamar **COOK** (DOB [redacted] 1980) (hereinafter **COOK**).

[1] I have not set forth each and every fact learned during the course of this investigation. Instead, I have set forth the facts that I believe document probable cause to support the Orders being requested by this affidavit of probable cause. No exculpatory information has been withheld from this document.

b) **COOK** resides at [redacted] Lamont Street in Springfield. **COOK** previously worked as the Western Massachusetts Deputy Director to the Governor's Office. He formerly was the director of Hospitality for Hotel UMass. **COOK'** RMV address is [redacted] Lamont Street. Furthermore, **COOK** has been observed coming and going from this address by investigators throughout today's date as well as yesterday.

c) On 10/8/2025 investigators seized two packages destined for Hotel UMass that contained approximately 13,330 grams of suspected cocaine. As 108/25, no suspects had been immediately identified at that time. **COOK** has subsequently been identified as a suspect, due to the new information obtained including but not limited to surveillance footage. This information is elaborated in depth in exhibit 2.

d) On October 24, 2025, HSI Louisville investigators seized approximately 7,800 grams of suspected cocaine destined to GRAND TECH, [redacted] Dwight Street, [redacted], Springfield, MA. Investigators determined that specific street and suite address was in fact the Western Massachusetts office for the Governor Massachusetts. This Cocaine was subsequently turned over to Massachusetts State Police, Cinret West on October 25, 2025, by HSI S/A Ivan Serpa.

e) On October 25, 2025, at approximately 1:01PM, **COOK** placed a telephone call to the building security stating that he was expecting a package to be delivered by UPS. He further requested that he be contacted when it arrives. This call was placed shortly after the suspected UPS parcel's status was changed from "delayed" to "out for delivery" at the request of investigators.

f) On October 25, 2025, at approximately 1:10PM, Investigators attempted a controlled delivery of **SUBJECT PARCEL.** A Massachusetts State Trooper acting in an undercover capacity, posing as a UPS deliveryman was utilized for this controlled delivery. **COOK** arrived on scene in order to take possession of **SUBJECT PARCEL. COOK** gave conflicting statements regarding why he was there to receive the package and denied previously calling security about a UPS package. **COOK** had two cellular phones in his possession that were seized by CINRET West investigators pending a search warrant. These search warrants were granted and have recently been executed. Investigators are currently in the process of extracting this data from these two devices. **COOK** has been identified as the Deputy Director of Western Massachusetts for the Governor's Office located at [redacted] Dwight Street, [redacted], Springfield, Massachusetts.

g) It had been determined that **COOK's** office was located directly to the right as soon as you open the door to [redacted].

4. This affidavit of probable cause is intended to support an application to the Honorable Court requesting the Court's authority pursuant to Massachusetts General Laws, Chapter 276, Section 1-7 authorizing law enforcement officers to search the residence of **COOK,** [redacted] Lamont Street in Springfield, Massachusetts.

## II. PRIOR AFFIDAVITS

5. On 10/08/2025 Detective Michael Nobles of Louisville Metro Police applied for and was granted a search warrant by Honorable Judge Y. De La Guardia of Jefferson District Court to search the contents of two parcels with tracking numbers 1Z998MTJ0109494446, and 1Z998MTJ0104306032. These parcels were addressed as such: HOTEL, ATTN HOTEL GUEST: MORGAN GORDON 1 CAMPUS CENTER WAY AMHERT, MA 01003. This is the address for Hotel UMass.

6. On 10/24/2025 Detective John Stone of Louisville Metro Police applied for and was granted a search warrant by Honorable Judge Jessica Moore of Jefferson District Court to search the contents of **SUBJECT PARCEL** with tracking number 1Z6MY36T0736779838. **SUBJECT PARCEL** was addressed as such: GRAND TECH, [redacted] DWIGHT STREET [redacted], SPRINGFIELD MA 01103.

7. On 10/25/2025 I, Trooper Joshua Kopeski applied for and was granted a search warrant by Clerk Magistrate Timothy J. Morey to search the contents of two cellular telephones ([redacted] 3260) ([redacted] 2267) seized from **COOK.** This first affidavit, which will be herein referenced as (**Exhibit 1**), will be attached to and incorporated into this affidavit for the purpose of probable cause.

8. On 10/28/2025, I applied for and was granted a search warrant by the Honorable Judge Jane E. Mulqueen, granting law enforcement the authority to enter and search the office of **COOK** which was within the Office of the Governor located at [redacted] Dwight Street, [redacted], Springfield, MA, as well as for the laptop in **COOK's** office and the printer attached to this laptop. This second affidavit, which will be herein referenced as (**Exhibit 2**), will be attached to and incorporated into this affidavit for the purpose of probable cause.

***A copy of Exhibits 1 and 2 referenced above are attached to and incorporated herein to this affidavit for the purposes of documenting probable cause. ***

- ***Upon further review of the previously authored affidavit (Exhibit 2) two clerical errors were discovered by this affiant. The clerical errors were discovered on page 7 paragraph 22 and page 8 paragraph 27. The date listed for the controlled delivery at UMass Hotel should be October 9, 2025, not October 10, 2025.***

## III. EXECUTION OF SEARCH WARRANT AT [redacted] DWIGHT STREET, [redacted], SPRINGFIELD, MASSACHUSETTS

9. On 10/27/2025 investigators executed a search warrant at [redacted] Dwight Street, [redacted], Springfield, Massachusetts. Items seized during this search warrant were a Samsung galaxy note 5 that was turned off and unable to be turned back on, **COOK'** state issued laptop, and the hard drive for the printer located in [redacted]. These items are in the process of being analyzed. Investigators have yet to receive the data from these items.

## IV. SURVEILLANCE REPORT FROM OCTOBER 27, 2025

10. On October 27, 2025, TFO Christopher Duff, took up a static surveillance position in the vicinity of [redacted] Lamont Street in the City of Springfield. At approximately 06:12P.M, on TFO Duff's initial approach of the address, TFO Duff observed a 2015 Dodge Ram 1500 pick-up color black bearing Massachusetts Veteran tag 38944 parked in the driveway. This vehicle is known to investigators of CINRET West to be operated by **COOK**. TFO Duff was also able to observe a 2013 BMW 535 color brown bearing Georgia registration RZA1214 parked in the driveway in front of the vehicle. A query of this vehicle revealed it to be registered to **COOK**. Investigators know **COOK** has a Georgia driver's license.

11. At approximately 2034hrs, TFO Duff was able to observe **COOK** exiting the front door of [redacted] Lamont Street carrying two bodega style bags to the trash receptacle located at the end of the driveway wearing a dark colored shirt and what appeared to be red joggers. **COOK** then walked to the area of the front porch and returned with one more bodega style bag discarding it into the trash receptacle. After discarding the bag, he immediately walked to the front door entering the residence where the front porch light was turned off. After some time, surveillance was terminated for the remainder of the evening.

## V. TRASH PULL ON OCTOBER 28, 2025

12. Based on prior investigations, we are aware that the Springfield Department of Public Works ("DPW") picks up trash on a weekly basis throughout the city. The DPW has established a schedule so that trash is collected on individual streets on specific days of the week and this schedule is publicized so that residents know when trash collection at their homes will take place. Most residents use the trash pick-up service offered by the DPW and, each week, put out trash they have accumulated throughout the week.

13. Most residents keep their trash beside/behind their homes, in a shed or garage, or under their porch, and then place it at the curb when trash collection on their street is scheduled. Some residents put their trash out the night before their designated collection day and some put it out that morning. Investigators assigned to this case checked the Springfield DPW online schedule and learned that trash is collected from [redacted] Lamont Street on Mondays.

14. On 10/28/2025, there was one trash barrel by the street directly in front of [redacted] Lamont Street. Clearly, the occupants of [redacted] Lamont Street, Springfield had abandoned their trash (within the garbage container) with the expectation that the DPW would collect and remove it.

15. At approximately 0100 hours, Troopers Michael DeCaro and Timothy Alben, along with Task Force Officer Christopher Duff, conducted a trash pull at **COOK's** residence, [redacted] Lamont Street in Springfield, MA. Investigators on scene stated that they located within the trash, an unusual amount of discarded food, both frozen and refrigerated that did not appear to be expired. Investigators on scene interpreted this discovery as **COOK** potentially cleaning his fridge out. Investigators, in our training and experience, believe this is an indicator that **COOK** may be preparing an attempt to leave the area. Investigators further stated they only grabbed the top two bags of trash, and that there were more trash bags that were not analyzed, due to large quantity of

bags, and their plan to be fast and not notice by **COOK** or any neighbors. Nothing of evidentiary value was located within the trash pull.

## VI. TARGET LOCATION

**[redacted] Lamont Street, Springfield, Massachusetts**



*(Google Earth Images 2025-[redacted] Lamont Street, Springfield, MA)*

16. [redacted] Lamont Street, Springfield, Massachusetts is a single-family, colonial-style residence with beige siding and an attached garage to the left side of the house. There is a paved driveway with a mailbox at end of driveway with the numbers "[redacted]" clearly marked on the mailbox. In the front of the house is a porch area with wooden railing and cement floor. The front storm door is glass with white trim. The numbers "[redacted]" in black is numbered to the left of the front door.

**REQUEST FOR NIGHTIME WARRANT**

17. I respectfully request the court's authorization to serve the warrant being sought through my application at any time of day or night. Investigators want to limit the destruction of evidence and feel that a search warrant is time sensitive in nature. Investigators believe that due to a search warrant being executed at COOK' place of employment earlier this morning, COOK may have become aware of this.

## VII. SUMMARY OF PROBABLE CAUSE

18. Based on the aforementioned facts, and the training and experience of myself and other officers involved in this investigation, I submit that probable cause exists to believe that evidence/records related to the trafficking of cocaine, specifically tracking receipts, electronic devices containing parcel tracking information, packaging material and or evidence related to this crime, located within [redacted] Lamont street, Springfield, MA. Although investigators believe that **COOK** utilized [redacted] Dwight Street, [redacted], Springfield MA and UMass Hotel, Amherst to receive and store packages, due to the sheer amount of his drug trafficking operation that has been uncovered, investigators believe, in our training and experience, that more instruments

related to this crime will be present at his personal residence, [redacted] Lamont Street, Springfield, MA.

19. I am aware that drug traffickers and distributers of controlled substances who have amassed proceeds from the sales of drugs will often attempt to legitimize these profits. In this process drug traffickers often utilize, among other things, banks and their attendant services, securities, cashier's checks, money drafts, wire transfers, real estate, shell corporations, business funds, and vehicles. Records evidencing such services, items, and transactions are maintained where the traffickers have ready access to them, including their residences, electronic devices used by them, or in property owned or rented by them. These items can remain at the drug traffickers' property for a long period of time. I know, based on my training and experience, that people often keep financial records in their home. Tax returns, bank statements, real estate records, vehicle titles, receipts and other documents are regularly kept for several years in case of audit, to dispute erroneous charges, prove ownership of assets and enforce product warranties. Based on my training and experience, I know that these records are often stored in a person's residence for several years. Further, I know, based on my experience as criminal investigator, that people involved in narcotics trafficking and money laundering often use legitimate businesses to hide or launder their illegal income. I also know that people who own and operate small businesses, both legitimate and illegitimate, often maintain records and documents, among others, in their residence.

20. Based on these facts and information stated above and in the attached and incorporated exhibits, this affiant believes that there is probable cause that **COOK** is a high-level cocaine trafficker who is responsible for multiple kilograms of cocaine being brought into the Commonwealth on a regular basis. This affiant further believes that **COOK** utilized his position as Deputy Director of the Governor's Office for Western Massachusetts to further shield his cocaine trafficking efforts from law enforcement scrutiny and investigations. I know that cocaine traffickers who utilize different forms of package deliveries (Fed Ex, United States Postal Service, United Parcel Service) will often track their shipment of narcotics electronically through use of phones, computers, I-Pads and by other web-based electronic means.

21. Based on investigators training and experience, we believe the cocaine that we have thus far uncovered was brought into the Commonwealth by **COOK** has a value of several hundreds of thousands of dollars over just the past month. In our training and experience, narcotics traffickers will keep readily available at their residence or motor vehicle some amount of cash to continue their illegal narcotics distribution. Investigators also know, in their training and experience, that large scale, long term traffickers maintain the records discussed above at a place they believe is safe from police. Investigators believe that **COOK** has demonstrated he is a sophisticated trafficker based on our investigation. While we have thus far not uncovered any packages delivered to **COOK's** residence, based on our training and experience and our knowledge of this investigation and the large-scale trafficking operation **COOK** was operating, we believe **COOK** maintains records, proceeds, paraphernalia, and shipping information pertaining to his trafficking enterprise at his residence as it is a secure location he can safely maintain.

22. Wherefore your affiant requests that the court issue a search warrant pursuant to Chapter 276 §1-7 of the General Laws of the Commonwealth of Massachusetts, authorizing such search warrant for **COOK'** residence, [redacted] Lamont Street in Springfield, MA described in the paragraphs above. The seizure of all items described above constitute evidence and/or instrumentality of a violation of Massachusetts General Law, Chapter 94C, Sections 32A/32E/40, that if such property or evidence or any part thereof be found that it be seized and brought before the court; together with such other and further relief that the court may deem proper.

23. Based on my training and experience I know: large-scale cocaine traffickers commonly use phones and encrypted messaging to arrange buys, stash houses, intermediaries, and bulk cash movements; they use bank and money-service accounts, pawn shops, shell businesses, real estate purchases, and cryptocurrency for placement/ layering/ integration of drug proceeds. Records and proceeds are often kept electronically and at third-party financial institutions.

24. Wherefore your affiant requests that the court issue a search warrant pursuant to Chapter 276 §1-7 of the General Laws of the Commonwealth of Massachusetts, authorizing such search warrant of search [redacted] Lamont Street, Springfield, Massachusetts, described in the paragraphs above. The seizure of all items described above constitute evidence and/or instrumentality of a violation of Massachusetts General Law, Chapter 94C, Section 32A/32E/40, that if such property or evidence or any part thereof be found that it be seized and brought before the court; together with such other and further relief that the court may deem proper.

Signed under the pains and penalties of perjury this 28th Day of October 2025.

Tpr. #4739

Trooper Joshua Kopeski
Massachusetts State Police
Commonwealth Interstate Narcotics –
Reduction Enforcement Team (West)

Then personally appeared the above Trooper Joshua Kopeski and made oath that the foregoing affidavit by them subscribed is true.

Before me this, this 28th Day of October 2025.

Associate Justice, Hampden Superior Court

| STATEMENT OF FACTS IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | PAGE 1 of 2 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| The undersigned alleges the following as a ☐ full or ☐ partial statement of the factual basis for the offense(s) for which a criminal complaint is sought. | | COURT DIVISION | Springfield District Court 50 State St. Springfield, MA 01101-2421 |

**COOK, LAMAR DARRELL**

**STATEMENT OF FACTS**

1. The following is not all-inclusive of the information known to law enforcement but rather contains that which is necessary to satisfy the probable cause threshold required by the Court in the application of a Criminal Complaint:

2. On 10/28/2025 Investigators from the Western Division of the Commonwealth Interstate Narcotics Reduction Enforcement Team (CINRET West), Homeland Security Investigations (HSI-Springfield) with the assistance of Hampden County State Police Detective Unit arrested Lamar **COOK**, on a straight warrant issued out of Springfield District Court (Docket # 2523CR005958) for Cocaine, Trafficking in, 200 Grams or More. **COOK** was stopped by investigators operating MA Reg #VT38944, on Cottage Street in Springfield, MA, which is a public way maintained by Springfield DPW. **COOK** only has a Georgia license issued to him. Through our investigation, investigators established **COOK** has been a resident of Massachusetts for over the last 3 years. **COOK** only has a state issued identification card in Massachusetts. Simultaneously, investigators executed a search warrant at **COOK'** address of [redacted] Lamont Street, Springfield, MA. **COOK** was transported to the State Police Springfield Barracks where he was booked per Massachusetts State Police policy.

3. **COOK'** Registry of Motor Vehicle address is [redacted] Lamont Street, Springfield, MA. **COOK** has been observed through the course of this investigation, coming and going from [redacted] Lamont Street. Prior to **COOK'** arrest by investigators on October 28,2025, **COOK** was followed from [redacted] Lamont Street to the Delaney house in Holyoke.

During the execution of the search warrant at [redacted] Lamont Street in Springfield investigators learned from Kamal Norman (DOB:[redacted]/1980), **COOK'** fiancé, that the master bedroom upstairs was shared by both her and **COOK**. During a search of this master bedroom, Sgt David Robillard of Springfield Police Department located a small safe. Upon opening the safe an unloaded 9 mm Taurus G3 pistol was discovered, along with an uncounted amount of 9 mm ammunition. Sgt. David Robillard stated that this safe was on the side of the bed closest to the wall, and there was mostly male clothing on top of the safe and around it.

5. I, Trooper Joshua Kopeski read Kamal Norman her Miranda rights directly from a card and asked if she understood, which she acknowledged. Kamal stated that she had never seen the firearm before but believed it belonged to her step son, **COOK'** son. Kamal Norman also explained that her side of the bed is closest to the door and **COOK** sleeps on the side closer to the wall (the side the firearm was located on). Kamal Norman further said that **COOK'** son no longer lives at [redacted] Lamont Street, and resides out of state.

6. The firearm was located on **COOK'** side of the bed, around what appeared to be his clothing, and under his direct control. A CJIS query revealed **COOK** does not currently possess a valid license to carry firearms (hereinafter referred to as ("LTC") or FID. Trooper Bixby demanded an (LTC) from Kamal Norman to which she stated she did not have one. **COOK'** son, also Lamar Cook (DOB:[redacted]/2002) does have an active LTC, however he no longer lives at the residence, and according to Kamari Norman, lives out of state. **COOK'** son also does not have any firearms currently registered in his name. Furthermore, the firearm seized was registered to Herman Pittman (DOB[redacted]1985).

Along with the arrest warrant mentioned earlier **COOK** is also being charged with the following:

Chapter 269 § 10(h) Possession of a Firearm without LTC/FID

Chapter 269 § 10(h) Possession of Ammunition without LTC/FID

Chapter 90 § 10 Unlicensed operation of a Motor Vehicle.

8. Cook was issued MA Uniform Citation #791250AD in hand by Trooper DeCaro. An undetermined amount of US currency was also seized from **COOK'** residence

Respectfully submitted,

Trooper Joshua Kopeski #4739

Massachusetts State Police

Commonwealth Interstate Narcotics-

Reduction Enforcement Team (West)

| PRINTED NAME | SIGNATURE | I AM A: | DATE SIGNED |
|---|---|---|---|
| JOSHUA KOPESKI | X Tpr. [signature] #4739 | ☒ LAW ENFORCEMENT OFFICER<br>☐ CIVILIAN COMPLAINANT OR WITNESS | 10/29/25 |

**ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK / JUDGE BASED ON ORAL TESTIMONY**

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST. CLERK / JUDGE | DATE SIGNED |
|---|---|---|
| | X | |

DC-CR-34 (7/04)

# On-View Arrest

## Massachusetts State Police

600 Liberty St, MSP Springfield Barracks
SPRINGFIELD, MA 01104
(413) 736-8390

## CASE # 2025-503-91

| | | | |
|---|---|---|---|
| Invest Officer: | Tpr Joshua Kopeski ID# MSP4739<br>michael.a.decaro@pol.state.ma.us | Court: | Springfield District Court |
| Agency: | CINRET WEST | | |
| Activity Date/Time | 10/28/2025 2323 | Incident Class: | Narcotics Investigation Trafficking |
| Location: | [redacted] Lamont St, SPRINGFIELD, MA 01119-1423 | | |



**Last:** **COOK**

**First:** **LAMAR**

| | | | |
|---|---|---|---|
| Middle: | DARRELL | | |
| DOB: | [redacted]/1980 | Race: | Unknown |
| Age: | 45 | Sex: | MALE |
| SSN: | [redacted]4866 | Height: | 508 |
| License #: | [redacted]1871 | Weight: | 220 |
| Lic. State: | MA | Hair Color: | BLACK |
| SID: | MA[redacted] | Eye Color: | BROWN |
| FBI UCN: | [redacted] | Marital Stat: | Not Married |
| PCF: | 00002685169 | Father: | Darrell |
| Address: | [redacted] Lamont St | Mother: | Marshall, Sabrina |
| City/Town: | SPRINGFIELD | Birth Place: | Baystate Medical |
| State: | MA | | |
| Zip Code: | 01119-1423 | | |
| Phone #: | [redacted]-2267 | | |
| Occupation: | Deputy Director of Western Mass Governors Office | | |
| Employer: | Commonwealth of Massachusetts<br>[redacted]Dwight Street | | |
| Emp. Add: | [redacted]Dwight St, SPRINGFIELD, MA | | |

## OBTN: TSPH202501739

Booked @ B-3 State Police Springfield

| | | | |
|---|---|---|---|
| Booking Officer: | Tpr Michael Decaro ID# msp4284 | Phone Used: | Yes |
| Courtesy Booking: | No | Number Called: | [redacted]4366 |
| Photo Officer: | Tpr Michael Decaro ID# msp4284 | Call Permitted By: | SGT. Norman Shink ID# msp3510 |
| Desk Officer: | Tpr Tyler Beach ID# MSP5031 | M/W: | Yes |
| Fingerprinted: | Yes | ICE Detainer?: | No |
| Print Officer: | Tpr Michael Decaro ID# msp4284 | Held on Detainer?: | No |
| Subject Video Taped: | Yes | | |
| PREA Screening & Education: | Yes | | |
| Miranda Warnings Given: | Yes | | |
| Primary Caretaker of Child? | No | | |

**CJISWeb Printout Generated On: 10/28/2025 23:31:18**
**By User/Agency: MSP5056/MASSACHUSETTS STATE POLICE - FRAMINGHAM**

```
---------------------------COOK,LAMAR (2523CR005958)---------------------------
     Commonwealth of Massachusetts - Criminal Justice Information System
          Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.
This Warrant Printed as of 23:31 on 10/28/25
-------------------------------------------------------------------------------
Defendant Information:
      Name: COOK,LAMAR                              SS#: [redacted]4886
   Address: [redacted]                              Race: B       Sex: M
                                                    Hair: BLK    Eyes: BRO
      City: SPRINGFIELD            MA 01109       Weight: 190 Height: 507
                                              Complexion:       Marks:
  Date of Birth: [redacted]/1980 Place of Birth: MA Date of Emancipation: 00/00/0000
  Father:                                   Mother:
  Known Alias:                                        Ref No: WR5890141TC
                                                      FBI No:


   License No: [redacted]1871                        Misc No:
License State: MA          Obtn No:                    CC No: 2025-503-91-11
-------------------------------------------------------------------------------
Warrant Information:                                    Docket: 2523CR005958
 Issue Date: 10/28/2025  Court of Issue: 23   - SPRINGFIELD DISTRICT
       Type: S - STRAIGHT                                     11121736
 Date of Complaint: 10/28/2025
      Offense Date: 10/25/2025  Offense Location: SPRINGFIELD

   ******************************** Charges ***********************************
   Count     Offense Code                   Description
     1  F    94C/32E/D          COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C

-------------------------------------------------------------------------------
Court Information: Unlikely to appear w/o arrest
Assigned for Service To: SB3 - SP SPRINGFIELD
Warrant printed by:       MSP5056 - MAMSP0077
                                                Fine Amount: 0
Officer Name:                                   Bail Amount: 0
Judge's Name: ZAVALA,HECTOR
Return Date/Time: 00/00/0000 00:00     Recall Date/Time: 00/00/0000 00:00
-------------------------------------------------------------------------------
```
* * * Return of Service on Page 2 * * *

Commonwealth of Massachusetts - Criminal Justice Information System
Trial Court of Massachusetts - Warrant Management System

Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on the person named herein as contained in the Warrant Management System and printed via Criminal Justice Information System.

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

The court has ordered that the above warrant issue against the above defendant.

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

---

Return of Service: By virtue of this warrant, I certify that:

✓ The defendant has been arrested as ordered by the court.
___ I am returning the warrant without service to the court.

| 10/28/25 | [signature] | Trooper | |
|---|---|---|---|
| Date of Arrest | Signature of Person Making Service | Title of Person Making Service | Department If different |

CJISWeb Printout Generated On: 10/28/2025 23:31:18
By User/Agency: MSP5056/MASSACHUSETTS STATE POLICE - FRAMINGHAM

# MASSACHUSETTS UNIFORM CITATION

**791250AD**

| DATE WRITTEN (MM/DD/YY) | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE | TYPE OF VIOLATOR |
|---|---|---|---|---|
| 10 \| 28 \| 25 | MV1 | 4284 | 023 | ■ OPERATOR ☐ OWNER ☐ PASSENGER ☐ BICYCLIST |

**VIOLATOR**

| MOTOR VEHICLE LICENSE NO. OF VIOLATOR | STATE | CLASS | CDL LICENSE | RACE | SEX | NON-INVENTORY MV SEARCH |
|---|---|---|---|---|---|---|
| [redacted]871 | MA | ID | ☐ YES ■ NO | B | M | ☐ YES ■ NO CODE |

| VIOLATOR NAME (LAST) | (FIRST) | (INITIAL) | BIRTH DATE (MM/DD/YY) |
|---|---|---|---|
| COOK | LAMAR | DARRELL | [redacted] [redacted] \| 80 |

| ADDRESS | CITY / TOWN | STATE | ZIP |
|---|---|---|---|
| [redacted] LAMONT ST | SPRINGFIELD | MA | 01119-1423 |

**MV**

| PLATE TYPE | VEHICLE REGISTRATION NO. | STATE | YEAR | MAKE AND TYPE | COLOR | CDL VEHICLE | 16+ PASSENGERS | PLACARDED HAZMAT |
|---|---|---|---|---|---|---|---|---|
| PAS | VT38944 | MA | 2015 | RAM/1500 | BLK | ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO |

**OFFENSE(S)**

| OFFENSE DATE (MM/DD/YY) | LOCATION OF OFFENSE (include #, st, hwy, city or town) | TIME OF OFFENSE | CRASH |
|---|---|---|---|
| 10 \| 28 \| 25 | 665 COTTAGE ST, SPRINGFIELD, MA | 10:09 ☐ AM ■ PM | ☐ YES ■ NO |

| | CHAP/SEC/SUB | | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|---|
| A. | 90/10/A | CRIMINAL | UNLICENSED OPERATION OF MV C90 §10 | $ |
| B. | | | | $ |
| C. | | | | $ |
| D. SPEEDING | | | ___ MPH IN A ___ MPH ZONE ☐ POSTED ☐ NOT POSTED ☐ LIDAR ☐ CLOCKED ☐ RADAR ☐ ESTIMATED | $ |

NOTICE TO VIOLATOR SEE BELOW FOR INSTRUCTIONS

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE AND VIOLATIONS OF M.G.L. CHAPTER 89 AND 90 INCLUDE A $5 SURCHARGE FOR THE PUBLIC SAFETY TRAINING FUND

TOTAL DUE $

CITATION TYPE ☐ ALL CIVIL INFRACTIONS ☐ CRIMINAL APPLICATION ■ ARREST ☐ WARNING

OFFICER CERTIFIES ■ IN HAND TO VIOL. ☐ MAILED TO VIOL. ☐ IN HAND TO VIOLATOR'S AGENT

OFFICER CERTIFIES THAT THIS CITATION WAS ISSUED ON THE DATE WRITTEN TO THE NAMED VIOLATOR

■ /s/ DECARO, MICHAEL

OFFICER ELECTRONIC SIGNATURE

AGENT NAME

AGENT'S LICENSE NUMBER & STATE

COURT ADDRESS
SPRINGFIELD DISTRICT COURT
50 STATE STREET
HALL OF JUSTICE
SPRINGFIELD, MA 01103
(413) 748-8600

**FOLLOW OFFICERS INSTRUCTIONS (ARREST)**